IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONTAE D. ORDUNA,<br><br>Defendant. | **8:25CR58**<br><br><br>**ORDER** |

On February 23, 2026, the court held a hearing on the motion of Daniel R. Stockmann to withdraw as counsel for the defendant, Dontae D. Orduna (Filing No. 100). Daniel R. Stockmann represents that there is a material breakdown in attorney client communication. After inquiry of the Defendant and his counsel, the court granted Daniel R. Stockmann's motion to withdraw (Filing No. 100).

Peder C. Bartling, 209 South 19th Street, Suite 500, Omaha, NE 68102, (402) 630-2229, is appointed to represent Dontae D. Orduna for the balance of these proceedings pursuant to the Criminal Justice Act. Daniel R. Stockmann shall forthwith provide Peder C. Bartling any discovery materials provided to the defendant by the government and any such other materials obtained by Daniel R. Stockmann which are material to Dontae D. Orduna's defense.

The clerk shall provide a copy of this order to Peder C. Bartling and the defendant.


Dated this 23rd day of February, 2026.


BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge